```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0035--CR (TWH)
                    "USA V JAMES F. FLEMING"
                      DEF 1.1 FLEMING, JAMES F.

        Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
   Magistrate Judge:
             Filed: 09/29/05
            Closed: NO
No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: Not specified
        Trial date:
        Terminated: NO
 Needs interpreter: NO
  Counsel of record: James F. Fleming
                    Pro Per
                    300 Howland Rd., Apt. #5
                    Fairbanks, AK 99701
                    907-488-3733
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Brian D. Teter
                   101 12th Ave Room 310 - Box 2
                   Fairbanks, AK 99701
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 FLEMING, JAMES F.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 INF | 1 | 21:844 POSSESSION OF A CONTROLLED SUBSTANCE (M) | Pending |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F05-0035--CR (TWH)
                                  "USA V JAMES F. FLEMING"

                                     For all filing dates


   Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
   Magistrate Judge:
              Filed: 09/29/05
             Closed: NO
No. of Defendants: 1


 Document #    Filed      Docket text

      1 -  1   09/29/05   [Re: DEF 1] PLF 1 Information.

   NOTE -  1   10/12/05   Issued: summons

      2 -  1   10/12/05   [Re: DEF 1] TWH Minute Order setting arraignment for Friday December
                          2,2005 at 9:00 a.m. in Fairbanks cc: USA, USM, USPO, FPD

      3 -  1   10/18/05   Return of summons issued by USM on October 17,2005.
```