**FILED**
DEC 8 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
by _____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JAMES FLEMING__ CASE NO. __F05-0035 CR (TWH)__
Defendant: _X_ Present __ In Custody __ On Summons __ On Bond

BEFORE THE HONORABLE: __TERRANCE W. HALL__

DEPUTY CLERK/RECORDER: __MISTY DAVENPORT__

UNITED STATES' ATTORNEY: __BRIAN D. TETER__

DEFENDANT'S ATTORNEY: __M.J. HADEN__

U.S.P.O.: __TONI OSTANIK__

PROCEEDINGS: ARRAIGNMENT HELD: 12/02/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:14 a.m. court convened.

_X_ Copy of Inf/Ind/Comp given to defendant; waived reading.

_X_ Defendant sworn.

_X_ Waived full advisement of rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: __JAMES FRANKLIN FLEMING__

_X_ Financial Affidavit **FILED.**

_X_ Federal Public Defender accepted appointment; FPD notified.

_X_ PLEA(S): Not guilty to count(s) __1 of information__

_X_ Court accepted plea(s).

_X_ Consent to Proceed before U.S. Magistrate Judge **FILED.**

_X_ Order Setting Conditions of Release **FILED.**

_X_ Release Order **SIGNED.**

_X_ Pretrial motions due __December 22, 2005__; Order Regarding Preparation for Trial **FILED.**

8

```
                                                    USA v. Fleming
                                                    Arraignment Minutes
                                                    Page 2 of 2
```

_X_ Counsel advised of trial date: February 3, 2006

_X_ OTHER: Court was advised that Mr. Franklin's correct middle initial is F, not M, as shown on today's calendar

At 9:45 a.m. court adjouned.

DATE: 12/02/05         DEPUTY CLERK'S INITIALS: md

F05-0035--CR (TWH)                US PROBATION
/M. HADEN (FPD)
/B. TETER                              12.8.05
/US MARSHAL