M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES M. FLEMING,<br><br>    Defendant. | Case No. F05-0035 CR (TWH)<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

    Defendant, James M. Fleming, by and through counsel M. J. Haden, Staff Attorney, notifies this court of Mr. Fleming's intent to enter a guilty plea to the information charging him with one count of possession of marijuana in violation of 21 U.S.C. § 844. The parties are in the process of completing the signatures on a written plea agreement and will be prepared to file the plea agreement on Friday, February 3, 2006.  Mr. Fleming requests that the time currently scheduled for trial, February 3, 2006, be converted to a change of plea hearing.

DATED this 2nd day of February, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 2, 2005, I
mailed a copy of this document to:

Brian D. Teter, Esq.
Special Assistant United States Attorney
Office of the Staff Judge Advocate
354th Fighter Wing
Eielson, AFB, AK  99702-1881

/s/ M. J. Haden