MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. JAMES F. FLEMING CASE NO. F05-0035 CR (TWH)
Defendant: Not present

BEFORE THE HONORABLE        TERRANCE W. HALL

DEPUTY CLERK/RECORDER:     SHANNON JOHNSON

UNITED STATES ATTORNEY:     BRIAN D. TETER

DEFENDANT'S ATTORNEY:       M.J. HAYDEN

PROCEEDINGS: FURTHER PROCEEDINGS
Held: FEBRUARY 3, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:51:43 A.M. court convened.

Captain Teter appears telephonically. Ms. Hayden and Mr. Fleming
are present in court room.

Parties have made an agreement and has been signed by all
parties. Signed original filed with court.

Was charged with possessing marijuana in a special or maritime
jurisdiction being Eilson Air Force Base.

Defendant has waived his rights and Defendant understands the
terms and consequences of the agreement.

Court accepts the guilty plea and agreement.

Probation Office will have report ready the third week of April.

Sentencing is scheduled for May 5, 2006 at 10:00 a.m.
At 11:40 a.m. court adjourned.


DATE:   2/2/2006     DEPUTY CLERK'S INITIALS:     SCJ