AO 246 (Rev. 05/06) Order of Probation

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JAMES F. FLEMING | **ORDER OF PROBATION<br>UNDER 18 U.S.C. § 3607**<br><br>CASE NUMBER: 4:05-CR-00035-TWH |

The defendant having been found guilty of an offense described in 21 U.S.C. 844, and it appearing that the defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been the subject of a disposition under this subsection,

**IT IS ORDERED** that the defendant is placed on probation as provided in 18 U.S.C. § 3607 for a period of ___One (1) year___ without a judgment of conviction first being entered. The defendant shall comply with the standard conditions of probation set forth on the next page of this Order, and the following special conditions:

The defendant:

1) Shall participate in a drug education and/or treatment program if ordered to do so by the supervising probation officer.

2) Shall undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer.

_____
TERRANCE W. HALL, U.S. Magistrate Judge

_____June 2006_____
Date

---

## CONSENT OF THE DEFENDANT

I have read the proposed Order of Probation Under 18 U.S.C. § 3607 and the Conditions of Probation. I understand that if I violate any conditions of probation, the court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the Order.

I also understand that, if I have not violated any condition of my probation, the Court, without entering a judgment of conviction, (1) __may__ dismiss the proceedings and discharge me from probation __before__ the expiration of the term of probation, or (2) __shall__ dismiss the proceedings and discharge me from probation __at__ the expiration of the term of probation.

My date of birth is ___April 28th, 1971___, and I am ☐ am not ☒ entitled to an expungement order as provided in 18 U.S.C. § 3607(c), if the proceedings are dismissed.

_____
Signature of Defendant

2077 Lakeview Terrace FBKS AK 99701
Address of Defendant

_____
Signature of Defense Counsel

M J HAJEN
Printed Name of Defense Counsel

6-7-06
Date

## CONDITIONS OF PROBATION

Page 2 of 3

While the defendant is on probation, the defendant:

1) shall not commit another federal, state or local crime.
2) shall not leave the judicial district without the permission of the court or probation officer;
3) shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) shall support his or her dependents and meet other family responsibilities;
6) shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) shall notify the probation officer at least ten days prior to any change in residence or employment;
8) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
9) shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
11) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
12) shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF PROBATION

While on probation, the defendant shall not commit another federal, state, or local crime, shall not possess an illegal controlled substance, and shall comply with the standard conditions that are included in the judgment issued by the Court. Additionally, as the offense occurred after the effective date of the Violent Crime Control and Law Enforcement Act on September 13, 1994, and the Court finds there is a risk of future substance abuse, the defendant shall refrain from the unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed __12__ tests per month, as directed by the probation officer.

The defendant shall also comply with the following special conditions:

1. In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall participate in either or both inpatient or outpatient treatment programs approved by the United States Probation Office for substance abuse treatment, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program.

2. The defendant shall submit to a warrantless search of person, residence, vehicle, personal effects, place of employment, and other property by a federal probation or pretrial services officer or other law enforcement officer, based upon reasonable suspicion of contraband or a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation.

3. The defendant shall provide the probation officer access to any requested financial information, including authorization to conduct credit checks, and shall not incur any new debts or apply for credit without the prior approval of the probation officer.

The Court finds that the defendant <u>does not</u> have the ability to pay a fine.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $ __25.00__, which shall be paid no later than __May 19th, 2006__ to the Clerk of Court.