# United States District Court
for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br><br>vs.<br><br>JAMES F. FLEMING,<br>             Defendant. | Case Number: 4:05-CR-00035-TWH<br><br>**ORDER FOR DISCHARGE<br>FROM PROBATION** |

     It appearing to the Court that James F. Fleming has been on pre-judgment probation since May 5, 2006, and has complied with the terms and conditions of probation, it is therefore appropriate that he be discharged from probation pursuant to 18 U.S.C. § 3607.

     IT IS HEREBY ORDERED that James F. Fleming be unconditionally discharged from probation and that the proceedings against him be terminated without the entry of a judgment.

_____
Terrance W. Hall
U.S. Magistrate Judge

4 May 2007
_____
Date